**FILED**

January 4, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TOMAS GARCIA, )<br>)<br>Defendant. ) | Case No. 2:13-CR-00224-KJM-5<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TOMAS GARCIA</u>, Case No. <u>2:13-CR-00224-KJM-5</u>, Charge <u>Pretrial Release Violation,</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   <u>All pretrial release conditions remain in full force and effect. USM shall release defendant on 1/5/17 at 9:00 a.m. to Pretrial Services for transport to Wellspace.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>January 4, 2017</u>  at  <u>3:30</u>  <u>pm</u>.

By  _____
Deborah Barnes
United States Magistrate Judge