HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
TOMAS GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:13-cr-00224-KJM |
| Plaintiff, | ) ) | **UNOPPOSED MOTION TO EXONERATE BOND** |
| vs. | ) ) | |
| TOMAS GARCIA, | ) | Hon. Chi Soo Kim |
| Defendant. | ) ) ) | |
| | ) | |

IT IS HEREBY REQUESTED that the secured property bond involving the residence owned by Tomas Garcia and Maria Garcia Cornejo, as ordered by the Honorable Edmund F. Brennan to secure Mr. Tomas Garcia's pretrial release, be ordered exonerated in light of the facts as presented below.

After a hearing on June 4, 2014, on June 13, 2014, the Honorable Edmund F. Brennan ordered Mr. Garcia's release on a $150,000.00 bond secured by the unencumbered residence of his parents, Tomas and Maria Garica Cornejo. *See* Dkt. 65.   On June 13, 2014, the secured appearance bond was posted, consistent with the court's order. *See* Dkt. 66.

Mr. Garcia has since completed his sentence.  *See* Dkts. 277, 282.  As a result, he now moves to exonerate the property bond posted to secure his release.

The government does not oppose this request for an order to exonerate the secured bond

and reconvey the title.

Dated: February 4, 2026

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Meghan McLoughlin
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for TOMAS GARCIA

## ORDER

IT IS HEREBY ORDERED in Case No. 2:13-CR-00224-KJM that the secured property bond involving the title of the residence owned by Tomas Garcia and Maria Garcia Cornejo be exonerated and that the Clerk of the Court reconvey to the sureties the title posted to secure the bond and that such reconveyance be recorded.  Defense Counsel is directed to provide a current mailing address for Tomas and Maria Garcia to the Clerk of Court for the return of the above-referenced items.

Dated: February 4, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

-3-